UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>IGORS NAGAICEVS,<br><br>    Defendant. | Case No. 12-cv-00413-JST<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING AND VACATING HEARING**<br><br>Re: ECF No. 26 |

Plaintiff Securities & Exchange Commission ("Plaintiff") has filed a motion for default judgment, noticed for hearing on July 11, 2013. ECF No. 26. In the motion, Plaintiff requests that "[t]he Court should consider imposing the maximum civil monetary penalty of $130,000" for each of Defendant's 159 violations. Id., at 9:12-13. The Court hereby requests that Plaintiff prepare a supplemental brief of not more than five pages, with citation to other cases involving similar circumstances, why that level of civil penalty is appropriate in light of other penalties imposed by federal district courts. Such brief shall be filed with the Court not later than July 10, 2013.

The hearing scheduled for July 11 is hereby VACATED. The Court will re-set this matter for hearing if it appears necessary after receiving Plaintiff's supplemental brief.

**IT IS SO ORDERED**.

Dated: June 25, 2013

                                                  JON S. TIGAR
                                                United States District Judge